UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Al R. Welch

    v.                                          Case No. 19-cv-377-LM

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 1, 2020, grant the motion to dismiss (doc. no. 10) and direct the clerk to enter judgment and close this case.

                                                           _____
                                                           Landya B. McCafferty
                                                           Chief Judge

Date: April 17, 2020

cc: Al R. Welch, pro se
    Seth Aframe, AUSA